# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tatel, David S. | U.S. Court of Appeals, DC Cir. | 05/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | Co-Chair, Committee on Science, Technology, and Law | National Academy of Sciences |
| 3. | Board Member | Associated Universities, Inc. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Capital One Bank | A | Interest | K | T | | | | | |
| 2.  Starbucks Corp. | D | Dividend | N | T | | | | | |
| 3.  Standard & Poors Midcap 400 | C | Dividend | M | T | | | | | |
| 4.  Federal Realty Investment Trust | B | Dividend | K | T | | | | | |
| 5.  Avalonbay Communities | B | Dividend | K | T | Donated (part) | | | | |
| 6.  Charles Schwab Bank | A | Interest | J | T | | | | | |
| 7.  DFA International Small Cap Value Portfolio | | None | | | Sold | 04/28/20 | J | A | |
| 8.  DFA T.A. U.S. Core Equity 2 Portfolio | A | Dividend | K | T | | | | | |
| 9.  DFA US Core Equity 2 Portfolio | A | Dividend | L | T | Sold (part) | 06/26/20 | K | B | |
| 10.  United Therapeutics Corp. | | None | J | T | | | | | |
| 11.  Solaredge Tech | | None | K | T | | | | | |
| 12.  DFA International Core Equity Portfolio | A | Dividend | K | T | | | | | |
| 13.  DFA Muni Real Return Portfolio Inst | A | Dividend | | | Sold (part) | 01/21/20 | L | B | |
| 14.  -see Line 13 | | | | | Sold | 05/11/20 | K | A | |
| 15.  First Solar Inc. | | None | K | T | | | | | |
| 16.  Avantis International Small Cap Value ETF | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 17.  DFA Short Duration Real Return Fund | | None | | | Buy | 05/11/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -see Line 17 | | | | | Sold | 06/26/20 | L | A | |
| 19. Array Technologies, Inc. | | None | J | T | Buy | 11/30/20 | J | | |
| 20. Simplified Employee Pension Plan (SEP-IRA) (H) | | | | | | | | | |
| 21. --Charles Schwab Bank | A | Interest | J | T | | | | | |
| 22. --DFA Selectively Hedged Global Fixed Income Portfolio | A | Dividend | K | T | | | | | |
| 23. --DFA International Core Equity Portfolio | A | Dividend | | | Sold | 08/25/20 | L | D | |
| 24. --DFA International Sustainability Core 1 Portfolio | A | Dividend | M | T | Buy | 08/26/20 | L | | |
| 25. Individual Retirement Account (H) | | | | | | | | | |
| 26. --U.S. Treasury TIPS 2% due 1/15/26 | C | Interest | M | T | | | | | |
| 27. --Vanguard S/T Investment Grade Fd | D | Dividend | M | T | Sold (part) | 05/14/20 | L | A | |
| 28. --Vanguard Inter Term Investment Grade Fd | C | Dividend | L | T | Buy (add'l) | 08/17/20 | J | | |
| 29. --DFA Five Year Global Fixed Income Portfolio | A | Dividend | N | T | Buy (add'l) | 11/06/20 | K | | |
| 30. --DFA Selectively Hedged Global Fixed Income Portfolio | | None | | | Sold | 05/11/20 | N | A | |
| 31. --PIMCO Emerging Local Bond Fund | A | Dividend | | | Sold | 05/11/20 | K | A | |
| 32. --DFA Emerging Markets Core Equity Portfolio | A | Dividend | | | Sold | 09/08/20 | L | A | |
| 33. --DFA Emerging Markets Small Cap Portfolio | B | Dividend | L | T | | | | | |
| 34. --DFA International Core Equity Portfolio | A | Dividend | | | Sold | 09/02/20 | L | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | --DFA International Small Cap Value Portfolio | B | Dividend | M | T | | | | | |
| 36. | --DFA U.S. Core Equity 2 Portfolio | A | Dividend | | | Sold<br>(part) | 01/21/20 | K | E | |
| 37. | ---See Line 36 | | | | | Sold | 08/31/20 | K | E | |
| 38. | --DFA U.S. Small Cap Value Portfolio | B | Dividend | L | T | Sold<br>(part) | 01/21/20 | K | D | |
| 39. | ---See Line 38 | | | | | Sold<br>(part) | 11/06/20 | K | B | |
| 40. | --DFA U.S. Micro Cap Portfolio | B | Dividend | M | T | | | | | |
| 41. | --DFA Emerging Markets Value Portfolio | B | Dividend | L | T | | | | | |
| 42. | --Charles Schwab Bank | A | Interest | K | T | | | | | |
| 43. | --Vanguard Total International Bond ETF | A | Dividend | L | T | | | | | |
| 44. | --Vanguard Short-Term Inflation-Protected Securities ETF | A | Dividend | L | T | | | | | |
| 45. | --Vanguard Emerging Markets Government Bond ETF | A | Dividend | | | Sold | 05/11/20 | K | A | |
| 46. | --United Therapeutics | | None | J | T | | | | | |
| 47. | --DFA Targeted Credit Portfolio | C | Dividend | M | T | Sold<br>(part) | 05/11/20 | M | A | |
| 48. | --DFA Short-Term Government Portfolio` | A | Dividend | L | T | Buy | 05/13/20 | L | | |
| 49. | --DFA Two Year Global | C | Distribution | O | T | Buy | 05/11/20 | N | | |
| 50. | ---See Line 49 | | | | | Buy<br>(add'l) | 05/13/20 | M | | |
| 51. | --DFA Emerging Mkts Sustainability Core 1 | A | Dividend | M | T | Buy | 09/09/20 | L | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. --DFA International Real Estate Sec 1 | | None | J | T | Buy | 10/15/20 | J | | |
| 53. --DFA International Sustainability Core 1 | A | Dividend | L | T | Buy | 09/02/20 | L | | |
| 54. --DFA U.S. Sustainabilty Core 1 | A | Dividend | K | T | Buy | 09/01/20 | K | | |
| 55. MassMutual Life- whole life insurance policy | D | Int./Div. | N | T | | | | | |
| 56. Rental property, Rappahannock County, VA (8/2/96 $86,600) | D | Rent | L | R | | | | | |
| 57. Nevada College Savings Plan Vanguard Commencement Port (no control) | | None | J | T | | | | | |
| 58. Nevada College Savings Plan Vanguard Target 28/29 Port (no control) | | None | K | T | Buy | 12/14/20 | J | | |
| 59. Nevada College Savings Plan Vanguard Target 24/25 Port (no control) | | None | M | T | Buy<br>(add'l) | 12/14/20 | J | | |
| 60. Nevada College Savings Plan Vanguard Target 20/21 Port (no control) | | None | L | T | Buy<br>(add'l) | 12/14/20 | J | | |
| 61. Nevada College Savings Plan Vanguard Target 30/31/ Port (no control) | | None | K | T | Buy<br>(add'l) | 12/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ David S. Tatel

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544